In the Matter of JEFFREY ALAN LICKER, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.

Second Department, November 23, 1987

## APPEARANCES OF COUNSEL

*Robert H. Straus* for petitioner.

*Jeffrey Alan Licker,* respondent *pro se.*

## OPINION OF THE COURT

Per Curiam.

The respondent was admitted to practice by this court on January 9, 1980. On October 24, 1985, after a jury trial, the respondent was found guilty in the District Court, 203rd

District, Dallas County, Texas, of two counts of murder, a first degree felony under Texas law, for "knowingly and intentionally causing the deaths" of two persons. The respondent was sentenced to 10 years' imprisonment and a $10,000 fine on the first count and 10 years' probation and a $10,000 fine on the second count. The Texas crimes are cognizable as class A-I felonies in New York State (see, Penal Law § 125.25).

Pursuant to Judiciary Law § 90 (4) upon his conviction of a felony, the respondent ceased to be an attorney and counselor-at-law in this State. Accordingly, the petitioner's motion is granted. The respondent is disbarred and it is directed that his name be stricken from the roll of attorneys and counselors-at-law forthwith.

MOLLEN, P. J., MANGANO, BRACKEN, BROWN and KOOPER, JJ., concur.